United States District Court
Southern District of Texas
**ENTERED**
August 26, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED COMMUNITY BANK, INC., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-00076 |
| | § | |
| LOVEN BF, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 15, 2020, the plaintiff's motion for summary final judgment as to counts I, II and III and incorporated memorandum of law (Dkt. 10) was referred to United States Magistrate Judge Andrew M. Edison for report and recommendation. *See* Dkt. 11. On July 22, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 13) recommending that the plaintiff's motion for summary final judgment as to counts I, II and III (Dkt. 10) be granted.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews the memorandum and recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. The court accepts

2

Judge Edison's memorandum and recommendation (Dkt. 13) and adopts it as the opinion of the court.

Accordingly, the plaintiff's motion for summary final judgment as to counts I, II and III (Dkt. 10) is granted.

Signed on Galveston Island on the 26th day of August, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE